DIXIE STATE UNIVERSITY STUDENT ASSOCIATION

# Club Council Policies and Procedures

Rules and Bylaws

This document contains ICC Bylaws, Funding Policies, and Rules of Order.
Last updated March 2014.

# BYLAWS

**ARTICLE I:** Name
**ARTICLE II:** Purpose
**ARTICLE III:** Chartering Clubs and Student Organizations
**ARTICLE IV:** Inter Club Council Operations
**ARTICLE V:** Amendments

**ARTICLE I. NAME -** The name of this organization shall be known as the Inter Club Council.
    **Section A.** The Inter Club Council shall be comprised of:
        **1.** The Club Council.
        **2.** One representative from all DSU Clubs and Student Organizations.

**ARTICLE II. PURPOSE -** The purpose of the Inter Club Council is to:
    **Section A.** Promote collaborative efforts amongst campus clubs and organizations.
    **Section B.** Allocate funds to clubs and organizations during the general assembly meetings.
    **Section C.** Coordinate and share information about campus club and organization activities.

**ARTICLE III. CHARTERING CLUBS AND STUDENT ORGANIZATIONS**
    **Section A. Starting a Club or an Organization**
        **1.** Previous to becoming a club the following eligibility requirements must be met:
            **a.** A minimum of ten members-current Dixie State University Students.
            **b.** Select an advisor from Dixie State University faculty, staff or administration.
            **c.** Fill out club application found in the student government room. Forms can also be found on Orgsync.com. Submit completed forms to Vice President of Clubs for approval by both the Vice President and Inter-Club Council.
        **2.** Write a club Constitution including purpose objectives, meeting schedule, and proposed activities.
        **3.** Present to the ICC club council:
            **a.** Club presidents applying for a charter are allowed time in the club council meeting to present a potential club name, mission statement, and statement of purpose.
            **b.** After a potential club has been proposed to the club council, each council representative is given the chance to ask questions of the future club president regarding the club purpose, integration, and relevancy to DSU mission.
            **c.** Following the presentation, the future club president is excused and the council deliberates to decide whether the club will be chartered or not.

      **d.** Following deliberation**,** the club council will vote on the acceptance of the new club charter. A new club charter requires a 2/3 majority vote by the club council. Documentation for a club's VPS or VPR account will be created and presented to the Director of Student Involvement and Dean of Students for approval and account designation.

  **4.** Fraternities and Sororities:

      **a.** National fraternities/sororities are not sanctioned by Dixie State University.

      **b.** National fraternity/sorority charters require a letter of acceptance from the Institutional President and Board of Trustees.  Currently the sponsorship of such organizations is not part of the Dixie State University mission, and the current leadership at this institution does not allow these charters.

      **c.** No club at DSU is allowed to use the name of any national fraternity or sorority in their club name.  Likewise, clubs are not permitted to use the Greek alphabet in their club name, or give inference that they are a sanctioned fraternity or sorority.

  **5.** Honor Societies:

      **a.** National honor societies are sanctioned by Dixie State University.

      **b.** The honor society must comply with all DSU clubs rules and regulations, and in addition must be sponsored by an academic department within Dixie State University.

      **c.** Greek letters may be used in the name of academic honor societies.

  **6.** Final approval of Club charter:

      **a.** Before a club is officially chartered and recognized by DSU a final document is prepared by the Vice President of Clubs confirming all the above requirements have been met and presented to the Director of Student Involvement and the Dean of Students.  After approval by the VP of Clubs, the Director of Student Involvement, and the Dean of Students sign the final documentation, a club account is set up and funding can then be allocated to new club account.

**Section B. Conduct**

  **1. Violation**

      **a.** All clubs will abide by the Code of Conduct of Dixie State University, DSUSA Constitution, Student Handbook and Club Bylaws.

      **b.** A club will not conduct activities that interfere with or disrupt the educational activities of Dixie State University.

      **c.** The Director of Student Involvement and Leadership and Dean of Students must approve all traveling and campus-wide activities for clubs.

      **d.** A club will be held responsible for the actions of its members during club activities.

      **e.** Members participating in violation of DSUSA regulations will be subject to individual disciplinary action. Participation is defined as voting in favor of prohibited conduct, encouraging such conduct, joining in the preparation for such conduct, or actual involvement in the activity. The

    Inter Club Council will only be a recommending body to the Dean of Students when dealing with individual actions.
   **f.** In the event of alleged misconduct or violation, a club may appeal its case to a committee made up of the Vice President of Clubs, Academic Vice President, Student Body President, Director of Student Involvement and Leadership and Dean of Students.
   **g.** If a club charter is terminated, it is ineligible to re-charter for the remainder of the academic year. Formal written approval must be received from the ICC Council before the club may be re-established on campus.
   **h.** Clubs must have, at minimum, four chaperones at all campus wide activities.
  **2. Judicial Process -** Any misconduct may result in the following disciplinary actions decided upon by a 2/3 majority vote of the Inter Club Council, Director of Student Involvement, and the Dean of Students.
   **a.** Dismissal of club
    **i.** A club will be dismissed if probation is violated, or if there are any legal infractions.
    **ii.** If a club is dismissed they are eligible to apply for the next academic year.
   **b.** Probation
    **i.** Probation will consist of at least one semester and may last up to two at the most.
    **ii.** When a club is placed on probation they can no longer participate in any merit money activity or any other college sponsored activities during the restricted semester.
    **iii.** At the end of the probation period a club must (1) submit a written appeal and (2) appear before the Club Council for re-instatement.
    **iv.** When a club is placed on probation, all club officers involved in the infraction will no longer be allowed to hold a leadership position in any club presidency at Dixie State University. Club members involved in the infraction will be unable to continue their membership in said club.
   **c.** Minor Club Infractions - Small club infractions may result in any of the following penalties:
    **i.** Assigned additional service projects.
    **ii.** Loss of club budget up to $350.00 of merit money earned the previous semester.
    **iii** Loss of specific privileges…i.e. Club Rush.
    **iv.** Any club that has committed a violation and/or been fined, will only be eligible to receive the $150.00 club budget for the following semester.
 **Section C. Membership**
  **1.** Membership in a club will be limited to currently enrolled students. Faculty, staff, and community members may attend club meetings but cannot be counted in the membership.

    **2.** Membership will extend to such persons without regard to race, religion, gender, national origin, sexual orientation, and/or any other acts of unlawful discrimination.
    **3.** Members must be in good standing at DSU according to the DSUSA Constitution.
    **4.** All participants at any club function will abide by the DSU code of conduct.
    **5.** A guest of a club cannot assume the role of member.
**Section D. Responsibilities of Club Presidents**
    **1.** It is the responsibility for the acting club president to attend all ICC meetings as determined by the Inter Club Council.
    **2.** Advisors are required to attend the advisor ICC Luncheon each semester.
    **3.** Any on campus club activity must be approved through the Club council.
    **4.** Any inter club activities held off-campus must have permission previously granted by the Director of Student Involvement and Leadership and DSU security.
    **5.** Clubs must complete and submit activity approval guides two weeks in advance to any proposed activities or the activity will not be approved and cannot be held.
    **6.** It is the responsibility of the club presidents to submit a list of all club members at the beginning of each semester.
    **7.** Club presidents must be enrolled in at least 9 Dixie State University credits.
**Section E. Club Functions**
    **1.** Only DSUSA will sponsor campus wide activities and dances.
    **2.** Clubs must have an active presidency and advisor.
    **3.** Clubs must have an active Orgsync account with ten members, constitution, presidency and a profile picture.
    **4.** Clubs must go to at least one merit money activity… i.e. Club Rush, ICC meeting, Freshman day, etc.
    **5.** After 2 semesters of inactivity (clubs don't meet the criteria listed above) ICC will reabsorb the money that is in the account and the account balance will be zero. After which, the club can re-charter and receive the $150 for starting a new club.
**Section F. Responsibilities of Advisors-** Every club must have an on-campus advisor.
    **1.** An advisor must be a current member of the faculty and/or staff at Dixie State University.
    **2.** When more than one advisor is named, one must be designated as the principal advisor to whom primary responsibility is assigned.
    **3.** All advisors will be approved by the ICC Vice President and the Director of Student Involvement and Leadership.
    **4.** In some circumstances an off-campus advisor may be approved for a club. Any off-campus advisor must pass a review with the Director of Student Involvement and Dean of Students. This advisor must work in coordination with an on-campus advisor in providing support for the club. **e.** The advisor must be present at all overnights and out-of-state trips. It is against university policy to conduct an activity without the advisor present. If it is discovered that an advisor is not in

attendance at a club function, DSU reserves the right to terminate the activity and may take disciplinary action.
**5.** The Director of Student Involvement must approve pro-temp Advisors, who may assume functions of the advisor when unable to attend club functions.
**6.** Advisors provide assistance in filling out club forms and making sure all indemnity agreements are signed and turned in.
**7.** The advisor is required to attend the first Club meeting of each term with their club president.

## ARTICLE IV. INTER CLUB COUNCIL OPERATIONS
### Section A. ICC Organization
**1.** The number of and their prospective constituency will be organized by the ICC Vice President. A constituency will be defined as a group of students that includes individuals who are members of chartered clubs as defined by the Vice President. Each club will be organized and assigned to one of the following Club Council Representatives.
  **a.** Athletics and Recreation
  **b.** Academic Development
  **c.** Health and Sciences
  **d.** Student Organizations
  **e.** Multicultural and Diversity
  **f.** Nontraditional

**2.** A Club Pro Tempore will be chosen by the Student Body President and the Vice President of Clubs to serve on the Student Council both semesters.
**3.** The Inter-Club Council will meet on a weekly basis during fall and spring semesters. Weekly meetings may be canceled with the consent of a simple majority vote of the council along with the approval of the Vice President of Clubs and Organizations.
**4.** The Club Council shall familiarize themselves with all procedures of the Council including but not limited to: The DSUSA Constitution, ICC Bylaws, Robert's Rules of Order, and any other governing applications herein adopted.
**5.** Actively seek opinions and ideas from the members of their constituency regarding any DSUSA issues brought before the Club Council, or which the students want considered at DSUSA Club Council Meetings.
**6.** Maintain a binder/file with valuable information for future representatives including but not limited to: list of clubs and contact information for each club president and advisor, any proposed bills for clubs, passed or failed, and any additional information about each of their clubs.
**7.** Meet twice each semester with the DSUSA Vice President of Clubs to review and evaluate progress within the Representatives' respective constituents.
**8.** Attend all DSUSA leadership conferences, and retreats. If unable to attend contact the DSUSA Vice President of clubs to make prior arrangements.
**9.** Assist in the training of newly elected Club representatives by:
**10.** Meeting personally with the newly appointed representative at least twice following the elections, with the first meeting held no later than two weeks after

the elections. This shall consist of the following but not limited to: A review of job responsibilities, and a sharing of ideas and viewpoints.
**11.** Each Representative shall complete two (2) Club Council work hours of service on a weekly basis.
**12.** Representatives shall meet monthly with their respective club constituents.
**Section B. ICC  Responsibilities-** The purposes and function of the Inter Club Council
    **1.** The Inter Club Council is an organization made up of Representatives with constituents from each of the registered clubs on campus. It is a place for student leaders to meet, work together, and to share knowledge. Its primary mission is to:
        **a.** Promote collaborative efforts amongst campus clubs and organizations.
        **b.** Allocate funds to clubs and organizations during the general assembly meetings.
        **c.** Coordinate and share information about campus club and organization activities.

**Section C. Qualifications, Duties, and Responsibilities of Club Council Representatives**
    **1.** Any student seeking an office within the ICC must meet the following criteria:
        **a.** All candidates shall be currently enrolled full-time students (12+ credits) at DSU.
        **b.** All candidates shall possess a minimum cumulative grade point average of 2.5.
        **c.** Vice President of Clubs and the Student Council Club Representative must have a total of 24 DSU credits to have a position on the ICC (Credits can be completed during the spring or summer semesters prior to the year that the office will be held.)
        **d.** All other Club Representatives must be current students (12 credits) with at least, or currently completing, 24 DSU credits.
    **2.** Throughout the term of office, all Club Representative must be currently enrolled in, and successfully complete a minimum of 12 credit hours per semester and maintain a minimum semester grade point average of 2.75, summer term excepting.
        **a.** A failing (F) or Incomplete (I) grade will not be considered "successfully completed."
    **3.** Represent the Clubs, with emphasis on those within their respective constituency by:
        **a.** Regularly communicating with members of their constituency;
        **b.** Actively working to increase the students' awareness of the activities, duties, responsibilities, and functions of the ICC and DSUSA student government.
        **c.** Actively seeking opinions and ideas from the members of their constituency regarding legislation and issues involving the council.
        **d.** Maintaining a file with valuable information for future representatives including:
            **i.** Copies of legislation and its current status (passed/failed)
            **ii.** Lists of important and influential faculty members

      **iii.** Lists of campus contacts for various activities
      **iv.** Including a synopsis of each legislative act for any sum of money including the budget of said legislation, notes of events, student attendance, future advice, and a copy of said legislation.
   **e.** Serve as the homecoming parade committee and any other committee as appointed by the ICC Vice President.
   **f.** Representatives are allowed one unexcused absence and no more than two absences to retain their position.
   **g.** If unable to attend, the representative must inform the ICC Vice President.
   **h.** Attend all required DSUSA leadership conferences and retreats. If unable to attend, arrangements must be made prior to the event with the ICC Vice President.
   **i.** Assist in the training of newly appointed Representatives by:
      **i.** Newly elected representatives will shadow current delegates at two of the remaining ICC meetings.
      **ii.** Each Representative must also meet personally with the Representative-elect from the respective constituency category at least once following elections prior to the Representative-elect's inauguration. This will consist of a review of job responsibilities and sharing of ideas and viewpoints.
      **iii.** Provide the new Representative with written documentation including: A listing of all faculty advisors and club president contact information within the Representatives respective category, any recommendations, and future legislation ideas.
   **j.** Representatives will:
      **i.** Attend at least one activity a semester for each club they represent.
      **ii.** Meet monthly with their consistencies.
      **iii.** Attend any other club events, recruitment events, service projects, and any other events designated by the ICC Vice President.

## ARTICLE V. AMENDING THE CLUBS AND STUDENT INVOLVEMENT BYLAWS

  **Section A.** Changes to the Club Bylaws must be introduced with
    **1.** A resolution by at least four representatives or
    **2.** By a proposed amendment signed by 40% of the chartered clubs and organizations.
  **Section B.** The amendment will be circled and posted for no less than one week before the council votes on said amendment.
  **Section C.** Any member of the DSUSA Student Council may motion to amend these bylaws.
  **Section D.** Amendments must be approved by a majority vote of the DSUSA Executive Council and with a 2/3 majority vote of the Club Council.

# FUNDING POLICIES

**ARTICLE I. Merit Money System**
**ARTICLE II. Additional Funding**
**ARTICLE III. Funding**
**ARTICLE IV. Additional Funding Policies**
**ARTICLE V. Funding Procedures**
**ARTICLE VI. Applying For Second Tier Funding**
**ARTICLE VII. Receiving/ Spending Funds**

## ARTICLE I. MERIT MONEY SYSTEM

    **Section A.** Clubs and Organizations must go through the ICC budget procedure in order to receive student fee allotments.
    **Section B.** Deadline to turn in budgets is decided by the Club Council at the beginning of each semester.
    **Section C.** Clubs and Organizations only receiving fees through ICC will be allocated up to $350 a semester based on the previous semester's performance on the following criteria:
        **1.** Fall Semester
            **a.** $70 for ICC meeting attendance ($10 per meeting)
            **b.** $50 for participating in the Homecoming Parade
            **c.** $40 for each of the following events:
                **i.** Welcome Back Carnival
                **ii.** Fall Club Rush
                **iii.** Club sponsored service project
                **iv.** Campus to Community
            **d.** $30 for the following events:
            **i.** Special Olympics Carnival
            **e.** $20 for the following events:
            **f.** Freshman Day
            **g.** Rock the Mall
        **2.** Spring Semester
            **a.** $100 for a team in the Great Race.
            **b.** $ 70 for ICC meeting attendance ($10 per meeting)
            **c.** $ 40 for each of the following events:
                **i.** Spring Club Rush
                **ii.** Campus to Community
                **iii.** D Week Carnival
                **iv.** Club sponsored service project
            **d.** $20 allotted for a DSUSA activity decided upon by the ICC Club Council.
        **3.** Merit Money amount is subject to change each semester depending on student fees.
        **4.** Additional Funding for Academic-based Clubs and Organizations

       a. Each semester, $1,550.50 shall be directed into the Academic Development Account reserved for academic-based clubs and organizations that meet the listed criteria.
       b. Qualified academic-based clubs and organizations may apply for funding from Academic Development account only after they have received funding from the traditional ICC account.
       c. Funding from the Academic Development Account shall only fund an academic-based club or organization's travel to a competition or conference.
       d. In order to qualify for Bills and/or funding from the Academic Development Account, academic-based clubs and organizations must meet all of the follow criteria:
            i. Club/organization must be a chartered branch of a national/international organization.
            ii. Club/organization must have competed to attend, or compete at, event they are seeking Academic Development funding for.
            iii. Club/organization must demonstrate campus involvement by receiving 2/3 of merit money for the semester prior to application.
            iv. Club/organization must have all Orgsync account information updated to meet the standards set forth by the current ICC prior to applying.
       e. Upon return, the club/organization must write a summary of how the additional funding impacted their experience.
       f. Any funding in the Academic Development Account that is not used shall roll over for the following semester.

**ARTICLE II. ADDITIONAL FUNDING -** All Clubs and Organizations are eligible to petition for additional funding. To do so, they must create a bill with the assistance of their ICC representative. Bills will then be brought before the Club Council by midterm and will be debated. The fees allotted will then be determined by the Club Council.
    **Section A.** A club petitioning the Club Council for additional funding must ensure their bill is presented at least two club council meetings (2 weeks) prior to the event in which the funding is needed. This allows for a mandatory week of investigation committee consisting of two club representatives.
    **Section B.** Special circumstances will be taken into consideration. Such circumstances only include events that the club could not possibly have had any prior knowledge about said activity.
    **Section C.** Additional Club council meetings may be called to accommodate, and call for a vote.
    **Section D.** The following criteria should be presented in the written bill to the Club Council.
        **1.** Completed Purchase Order Request Form.
        **2.** A budget breakdown. Including the total amount of the event, how much money the club is putting forth (i.e. fundraisers, club dues, corporate sponsorships, etc.) and the amount requested from the council.

   **3.** If a club cannot have a budget breakdown then the most the ICC will fund is $600 per student for international travel and $400 per student for domestic travel
   **4.** Presentation at the council and the submission of the activity approval form must be submitted two weeks prior to the event date.
   **5.** The proposal will be reviewed by the Club Council, debated and voted upon. In order for a bill to pass, it must have a 2/3 majority vote.

## ARTICLE III. FUNDING

 **Section A**. Clubs must obtain funding from one of the following before presenting to the Inter Club Council for additional funding:
   **1.** Self-initiated fund-raising.
   **2.** Departmental funding.
   **3.** Collection of dues from members.
   **4.** Funding from outside sources.
   **5.** Funds that are a direct line from the Fee Allocation Committee.
   **6.** Merit Money from the Club Council.
 **Section B.** Clubs and Organizations cannot receive student fee monies from both the Club council and the Student Senate.
   **1.** The Club Council will review all club requests individually and allocate funds contingent upon club participation, meeting attendance, importance, and validity. Requests will be investigated to insure they are an appropriate use of student fees, the requested money is legitimate, and the budgets are accurate.
   **2.** Funds are to be allocated for club development; they are to be focused on benefiting the club population as a whole.
   **3.** At the beginning of each semester club presidents must submit a money request for that semester.
   **4.** Club budget requests must be passed by the Club Council.
   **5**. All clubs will first approach ICC with bills. Academic clubs which receive no funding from a proposed bill may, subsequently, approach the Student Senate.
   **6**. Academic clubs are defined as clubs who complete the Academic Club Endorsement Form signed by the department chair which states that the department chair will financially support the club upon request.
 **Section C**. Inter Club Council maintains discretion to match funds obtained through self-initiated fundraising, departmental funding and collection of dues from members.

## ARTICLE IV. ADDITIONAL FUNDING POLICIES

 **Section A.** Funding is only for presenting at a conference, or representing DSU at a Competition/Event.
 **Section B.** Food expenses, vehicle wear and tear, and charitable contributions will not be funded or considered as a contribution of the students attending.
 **Section C.** ICC general contributions are to cover the cost of lodging, travel, and conference/registration fees.
 **Section D.** Lodging:
   **1.** A. Individual - 50% of cost at a maximum of $75.
   **2.** Group - 50% of cost at a maximum of $100 per room per night.
   **3.** Travel – We will fund either the airfare or land travel, not both.

          **a.** Airfare - 50% of airfare costs at a maximum of $200 nationally or $400 internationally.
          **b**. Rentals - 50% of rental cost at a maximum of $75 per day per vehicle.
          **c.** Shuttle Services- 50% of cost at a maximum of $60 one way or $105 per round trip.
          **d** Personal Vehicle- 50% of land travel cost at a maximum of 900 miles round trip from the DSU St. George campus. Reimbursement rate to equal the DSU fleet services per diem rate for the current school year.
     **4.** Registration:
          **a**. Individual - 50% of cost at a maximum of $100.
          **b**. Group registration - 50% of cost at a maximum of $100 per person.
**Section E.** ICC will only fund up to seven days.

## ARTICLE V. FUNDING PROCEDURES

**Section A.** The ICC budget is limited. The Council will only fund up to the allotted amount set by the DSUSA President and ICC Vice President each year.
**Section B.** All club budget requests at the beginning of each semester will be passed through the Club Council.
**Section C.** The allocation of funds will concentrate more on club development as a whole, and conference fees, not the individual's expenses. Each case will be investigated individually.
**Section D.** Clubs that receive funding to attend conferences, conventions, workshops, etc., must return and report to the Club Council during Open Forum within 2 weeks of attending the event.
**Section E.** A club in the process of becoming officially chartered or that had recently chartered may immediately request first tier funding ($150.00). The request will be reviewed and passed by the Club Council.
**Section F.** Clubs must fill out a purchase order and turn in all receipts of total expenditures at the end of each event.
**Section G.** Any club found misusing, over-spending, not accounting for spent funds, or not turning in all required receipts will be billed for the excess amount spent or used funds unaccounted for; all privileges will be suspended until the bill is paid. A repeat of this action will cause possible probation or dismissal of the club or organization.
**Section H.** The funds allocated by the Club Council may not be donated to a charity or outside organization.
**Section I.** Reimbursements will not be given to any club, according to the DSU purchasing policy.
**Section J.** Tangible goods purchased using student fee money, in behalf of a club will be the property of the council. (i.e. equipment, tools, supplies, etc.). These items will be tagged and registered. They may be checked out to the club in preparation of an event.
**Section K.** All clubs must account for allocated funds, fill out the Spending Report Form to their respective representatives, and report to the Club Council on how the money was spent and the benefits served to the club.
**Section L.** Non Dixie State University personnel and students are exempt from funding.

## ARTICLE VI. APPYLYING FOR SECTION TIER FUNDING
**Section A.** A club requesting funds will need to meet with their assigned Club representative to write a bill. The following criteria should be presented in the written bill to the Club Council:
> **1.** A completed Purchase Order Request Form.
> **2.** A budget breakdown. Including the total amount of the event, how much money the club is putting forth (i.e. fundraisers, club dues, corporate sponsorships, etc.) and the amount requested from the Club Council.
> **3.** Presentation at the Club Council and the submission of the activity approval form must be submitted two weeks prior to the event date.

**Section B.** The proposal will be reviewed by the Club Council, debated and voted upon. In order for a bill to pass, it must have a 2/3 majority vote.

## SECTION VII. RECEIVING/SPENDING FUNDS
**Section A.** Money will not be immediately available. The delegates have up to 2 school days to submit the bill to the Student Body President. The President has up to 4 school days to review the bill.

**Section B.** Club presidents or representatives are responsible to contact their representatives within 8 to12 days of the passing of a bill in order to receive the funds.

**Section C.** A club must use the allocated money for the purpose stated in the passed bill. If the club has money left over, it must be returned to the ICC Vice President.

**Section D.** The DSUSA President must sign passed bills. He/she has 4 school days to pass or veto a bill. If a bill is vetoed, the bill will be given to the Senate and it can be overridden with a 3/4 majority vote.

# ICC RULES OF ORDER AND REGULATIONS

**1.** Robert's Rules of Order/Parliamentary Procedures will be the governing Regulations the Inter Club Council will abide by in every official ICC meeting.
**2.** Amendments to the ICC agenda will be approved by 2/3 vote of Club Council.
**3.** Meetings will be held on Tuesday at 3:00 pm and shall be conducted by Robert's Rules of Order.
**4.** Club Council shall meet weekly and ICC shall meet twice a month with all the club presidents.
**5.** Representatives must raise their hand and be recognized by the Chair in order to ask questions of a speaker or another member of the Club Council. The chair will use his/her discretion to give or deny the privilege to speak.
**6.** Any time yielded for any purpose; during opponent and proponent time for point of information, or to another member of Club Council; shall be counted off the speaker's time.
**7.** After the introduction of a bill or resolution, the Chair shall circle and post the said bill/resolution for the period of at least one week for investigation and assign an investigation committee.
**8.** Investigation of bills is the responsibility of those appointed and will follow, as appropriate, the guidelines published by the VP of Clubs.
**9.** Once the said bill/resolution has been circled and posted, the Chair shall refer the said bill/resolution to at least one investigation committee, each consisting of at least two Representatives none of which shall be the sponsor of the bill/resolution; however, a co-sponsor may be included on said committee.
**10.** Upon request of the Chair, following the period of circling and posting, the Administrative Assistant shall read the short title of the bill/resolution. The investigation committee shall then have two minutes to present their reports.
**12.** Upon completion of the investigation committee's report, successive speeches shall be alternated proponent, opponent, etc. and shall be limited to two minutes. A speaker must yield the unused portion of his/her time. If not so yielded, it shall be considered an implied yield to the Chair.
**13.** Debate on any bill/resolution shall be limited to sixteen minutes, except in cases wherein debate is extended. At the conclusion of debate, the resolution shall be called to question.
**14.** All subsidiary motions will be open for debate and the debate shall be limited to one minute proponent and one minute opponent.
**15.** Any time a bill/resolution is changed more than 10% of the original note (to be determined by line count), the amendment must be submitted in writing and a vote will be called to post the note for one week investigative time.
**16.** The sponsors will attach the proper budget information in the bill and contact information shall be attached to the bill.
**17.** All votes on bills, resolutions, bylaws, and constitution changes will be taken as a roll call vote and recorded.
**18.** Each week, every Representative will be given time during committee report session to present on the status of each of their club constituents.